UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SHERRY M. ANWARI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: 2:06-CV-384-TS |
| | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Andrew P. Rodovich [DE 36], filed on July 27, 2009, regarding the Plaintiff's Motion [DE 27] and Supplemental Motion [DE 34] for an award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA). The matter was referred to the magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72(b), and Northern District of Indiana Local Rule 72.1(d)(1).

No objections have been filed to the magistrate judge's Report and Recommendation, and the time for filing such objections under Federal Rule of Civil Procedure 72(b) has expired. Therefore, the Court ADOPTS the Report and Recommendation [DE 36] in its entirety. The Plaintiff's Motion [DE 27] and Supplemental Motion [DE 34] for an award of attorney's fees are GRANTED. The Clerk is directed to enter judgment for $5,216.40 in EAJA fees in favor of the Plaintiff.

SO ORDERED on August 18, 2009

                                                s/ Theresa L. Springmann
                                                THERESA L. SPRINGMANN
                                                UNITED STATES DISTRICT COURT
                                                FORT WAYNE DIVISION